# UNITED STATES *v.* LOUISIANA ET AL. (ALABAMA AND MISSISSIPPI BOUNDARY CASE)

No. 9, Orig. Decided May 31, 1960, February 26, 1985, and March 1,
1988—Final decree entered December 12, 1960—Supplemental
decree entered November 5, 1990—Supplemental
decree entered February 22, 1993

## SUPPLEMENTAL DECREE

By its decision of February 26, 1985, the Court overruled the exceptions of the United States to the Report of its Special Master insofar as it challenged the Master's determination that the whole of Mississippi Sound constitutes historic inland waters, and, to this extent, adopted the Master's recommendations and confirmed his Report.

On March 1, 1988, the Court resolved the disagreement between the United States and Mississippi as to that portion of the Mississippi coastline at issue in the above-captioned litigation and directed parties to submit to the Special Master a proposed appropriate decree defining the claims of Alabama and Mississippi with respect to Mississippi Sound. On August 17, 1990, the parties agreed on and submitted to the Special Master a proposed decree in accordance with the Court's decision of March 1, 1988, which was approved by the Court on November 5, 1990. Pursuant to that supplemental decree, the baseline (coastline) of the State of Mississippi as well as a portion of the baseline of the State of Alabama was delimited and, by stipulation of the parties, fixed, as described by coordinates in that decree. That portion of the Alabama coastline not described by coordinates in the decree remained ambulatory.

Thereafter, a dispute arose between the State of Alabama and the United States regarding their respective claims under the Submerged Lands Act, 43 U. S. C. § 1301 *et seq.*, to offshore areas in which the baseline had not been fixed by the Court's November 5, 1990, Decree. The parties thereafter filed a joint motion with this Court, requesting that the Court invoke its continuing jurisdiction to supplement the November 5, 1990, Decree. 498 U. S. 9 (1990). With that motion the parties submitted for the Court's consideration a supplemental decree which would fix that portion of the Alabama baseline that had heretofore remained ambulatory, resolve the existing dispute, and avoid future jurisdictional controversies over the State of Alabama Submerged Lands Act grant.

Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. The parties' joint motion to supplement the Court's Decree of November 5, 1990, is granted.

2. For the purpose of the Court's Decree herein dated December 12, 1960, 364 U. S. 502 (defining the boundary line between the submerged lands of the States bordering the Gulf of Mexico), the coastline of the States of Alabama and Mississippi shall be determined on the basis that the whole Mississippi Sound constitutes state inland waters;

3. For the purposes of the said Decree of December 12, 1960, the coastline of Alabama includes:

(a) That portion of a straight line from a point on the eastern tip of Petit Bois Island where X = 215985 and Y = 77920 in the Alabama plane coordinate system, west zone, and X = 637152.89 and Y = 198279.25 in the Mississippi plane coordinate system, east zone, to a fixed point previously described as the western tip of Dauphin Island by the Court's Decree of November 5, 1990, where X = 238690 and Y = 84050 in the Alabama plane coordinate system, west

zone, and X = 659783.79 and Y = 204674.56 in the Mississippi plane coordinate system, east zone, lying on the Alabama side of the Alabama-Mississippi boundary;

(b) A straight line from the fixed point previously described as the western tip of Dauphin Island where X = 238690 and Y = 84050 in the Alabama plane coordinate system, west zone, to a point on the western tip of Dauphin Island where X = 240239.49 and Y = 85266.90 in the same coordinate system;

(c) The baseline delimiting Dauphin Island determined by the following points in the Alabama plane coordinate system, west zone:

| | E. COORD. X | N. COORD. Y |
|---|---|---|
| A LINE FROM | 240491.79 | 84972.10 |
| THROUGH | 240848.85 | 84605.82 |
| THROUGH | 241013.42 | 84311.65 |
| THROUGH | 241205.05 | 84118.32 |
| THROUGH | 241590.69 | 84065.03 |
| THROUGH | 242142.09 | 83879.22 |
| THROUGH | 242413.48 | 83796.45 |
| THROUGH | 242694.43 | 83824.75 |
| THROUGH | 243220.74 | 83810.88 |
| THROUGH | 243580.37 | 83798.21 |
| THROUGH | 244027.43 | 83744.51 |
| THROUGH | 244536.27 | 83740.89 |
| THROUGH | 244878.06 | 83687.95 |
| THROUGH | 245246.75 | 83715.64 |
| THROUGH | 245641.25 | 83672.44 |
| THROUGH | 245973.56 | 83518.55 |
| THROUGH | 246464.50 | 83464.57 |
| THROUGH | 246886.11 | 83532.32 |
| THROUGH | 247307.57 | 83579.87 |
| THROUGH | 247711.06 | 83566.93 |
| THROUGH | 248158.99 | 83634.51 |
| THROUGH | 248606.77 | 83681.89 |

| | | |
|---|---|---|
| THROUGH | 248905.97 | 83811.13 |
| THROUGH | 249204.96 | 83910.07 |
| THROUGH | 249538.75 | 83968.36 |
| THROUGH | 249890.17 | 84036.63 |
| THROUGH | 250276.60 | 84094.56 |
| THROUGH | 250934.57 | 84090.00 |
| THROUGH | 251636.34 | 84075.04 |
| THROUGH | 252313.25 | 84272.42 |
| THROUGH | 252936.89 | 84379.26 |
| THROUGH | 253683.35 | 84485.27 |
| THROUGH | 254464.61 | 84550.64 |
| THROUGH | 255158.29 | 84636.83 |
| THROUGH | 255930.50 | 84661.89 |
| THROUGH | 256527.80 | 84768.97 |
| THROUGH | 257100.01 | 85058.07 |
| THROUGH | 257636.92 | 85317.12 |
| THROUGH | 258244.41 | 85636.31 |
| THROUGH | 258841.55 | 85723.22 |
| THROUGH | 259456.50 | 85850.44 |
| THROUGH | 260045.14 | 85977.84 |
| THROUGH | 260695.58 | 86165.45 |
| THROUGH | 261143.78 | 86283.70 |
| THROUGH | 261758.98 | 86451.36 |
| THROUGH | 262312.84 | 86629.54 |
| THROUGH | 262734.31 | 86687.37 |
| THROUGH | 263076.76 | 86735.63 |
| THROUGH | 263313.48 | 86713.86 |
| THROUGH | 263594.99 | 86833.24 |
| THROUGH | 264034.80 | 87012.20 |
| THROUGH | 264447.62 | 87090.31 |
| THROUGH | 264763.68 | 87128.65 |
| THROUGH | 265255.32 | 87186.05 |
| THROUGH | 265712.59 | 87354.81 |
| THROUGH | 266107.99 | 87453.26 |

| | | |
|---|---|---|
| THROUGH | 266626.20 | 87550.92 |
| THROUGH | 267179.63 | 87668.56 |
| THROUGH | 267829.73 | 87815.89 |
| THROUGH | 268532.21 | 87922.49 |
| THROUGH | 269120.58 | 88019.73 |
| THROUGH | 269691.59 | 88147.40 |
| THROUGH | 270166.31 | 88306.00 |
| THROUGH | 270736.80 | 88352.87 |
| THROUGH | 271281.56 | 88490.83 |
| THROUGH | 271843.72 | 88608.49 |
| THROUGH | 272300.62 | 88726.82 |
| THROUGH | 272915.73 | 88894.67 |
| THROUGH | 273600.55 | 88991.37 |
| THROUGH | 274162.58 | 89088.86 |
| THROUGH | 274601.79 | 89187.13 |
| THROUGH | 274953.35 | 89296.05 |
| THROUGH | 275348.70 | 89394.61 |
| THROUGH | 275796.68 | 89492.83 |
| THROUGH | 276227.06 | 89581.07 |
| THROUGH | 276657.61 | 89699.62 |
| THROUGH | 277219.49 | 89776.96 |
| THROUGH | 277763.57 | 89814.00 |
| THROUGH | 278326.00 | 89982.26 |
| THROUGH | 278870.45 | 90079.93 |
| THROUGH | 279397.35 | 90177.72 |
| THROUGH | 280073.43 | 90284.70 |
| THROUGH | 280530.15 | 90382.93 |
| THROUGH | 281179.60 | 90439.59 |
| THROUGH | 281697.41 | 90486.95 |
| THROUGH | 282180.19 | 90544.63 |
| THROUGH | 282829.76 | 90621.52 |
| THROUGH | 283435.09 | 90638.07 |
| THROUGH | 284014.48 | 90715.40 |
| THROUGH | 284698.99 | 90771.91 |

| | | |
|---------|-----------|----------|
| THROUGH | 285269.60 | 90849.31 |
| THROUGH | 285910.08 | 90875.79 |
| THROUGH | 286568.75 | 91013.31 |
| THROUGH | 287138.94 | 91020.03 |
| THROUGH | 287726.72 | 91036.75 |
| THROUGH | 288393.56 | 91073.23 |
| THROUGH | 288937.49 | 91090.23 |
| THROUGH | 289499.19 | 91147.55 |
| THROUGH | 290086.68 | 91113.81 |
| THROUGH | 290674.16 | 91080.07 |
| THROUGH | 291340.88 | 91096.39 |
| THROUGH | 291946.02 | 91082.78 |
| THROUGH | 292454.92 | 91110.14 |
| THROUGH | 293078.13 | 91187.37 |
| THROUGH | 293674.68 | 91204.14 |
| THROUGH | 294332.04 | 91119.55 |
| THROUGH | 294753.40 | 91177.75 |
| THROUGH | 295306.03 | 91184.70 |
| THROUGH | 296007.66 | 91170.61 |
| THROUGH | 296717.82 | 91116.07 |
| THROUGH | 297498.39 | 91101.56 |
| THROUGH | 298419.12 | 91055.97 |
| THROUGH | 299339.74 | 90990.20 |
| THROUGH | 300171.70 | 90753.20 |
| THROUGH | 300916.74 | 90658.14 |
| THROUGH | 301609.33 | 90593.70 |
| THROUGH | 302275.16 | 90448.59 |
| THROUGH | 302836.46 | 90435.40 |
| THROUGH | 303432.29 | 90321.01 |
| THROUGH | 303913.82 | 90156.74 |
| THROUGH | 304570.40 | 89920.81 |
| THROUGH | 305148.05 | 89685.31 |
| THROUGH | 305664.13 | 89419.86 |
| THROUGH | 306268.49 | 89254.95 |

| | | |
|---|---|---|
| THROUGH | 306924.94 | 88988.76 |
| THROUGH | 307634.62 | 88833.42 |
| THROUGH | 308274.89 | 88819.89 |
| THROUGH | 308748.98 | 88898.18 |
| THROUGH | 309476.70 | 88833.70 |
| THROUGH | 310161.04 | 88860.38 |
| THROUGH | 310880.04 | 88806.08 |
| THROUGH | 311616.90 | 88812.31 |
| THROUGH | 312309.75 | 88788.48 |
| THROUGH | 312985.68 | 88885.98 |
| THROUGH | 313459.92 | 88994.64 |
| THROUGH | 314171.36 | 89172.79 |
| THROUGH | 314847.17 | 89250.12 |
| THROUGH | 315672.47 | 89397.41 |
| THROUGH | 316234.25 | 89475.35 |
| THROUGH | 316839.88 | 89553.08 |
| THROUGH | 317515.17 | 89529.44 |
| THROUGH | 318086.23 | 89708.38 |
| TO | 318359.83 | 90040.37 |
| A LINE FROM | 309362.32 | 80499.88 |
| THROUGH | 309370.61 | 80408.91 |
| THROUGH | 309540.79 | 79407.88 |
| THROUGH | 309801.70 | 78972.10 |
| THROUGH | 310106.82 | 78596.70 |
| THROUGH | 310446.88 | 78190.81 |
| THROUGH | 310769.82 | 77865.84 |
| THROUGH | 311163.33 | 77611.21 |
| THROUGH | 311591.47 | 77265.49 |
| THROUGH | 312045.73 | 76879.23 |
| THROUGH | 312526.96 | 76614.06 |
| THROUGH | 312920.66 | 76389.76 |
| THROUGH | 313348.99 | 76074.36 |
| THROUGH | 313707.54 | 75840.15 |
| THROUGH | 314162.68 | 75615.55 |

| | | |
|---|---|---|
| THROUGH | 314485.89 | 75331.01 |
| THROUGH | 314809.52 | 75127.30 |
| THROUGH | 315220.95 | 74933.24 |
| THROUGH | 315449.46 | 75002.79 |
| TO | 315572.98 | 75133.48 |
| A LINE FROM | 316237.86 | 74736.09 |
| THROUGH | 316429.31 | 74421.94 |
| THROUGH | 316761.32 | 74137.39 |
| THROUGH | 317252.83 | 74155.09 |
| THROUGH | 317805.05 | 74031.07 |
| THROUGH | 318216.92 | 73917.86 |
| THROUGH | 318681.85 | 73885.21 |
| TO | 318858.57 | 74126.77 |
| A LINE FROM | 319734.51 | 73809.20 |
| THROUGH | 320172.46 | 73645.37 |
| THROUGH | 320408.54 | 73472.46 |
| THROUGH | 320793.59 | 73258.39 |
| THROUGH | 321144.45 | 73226.34 |
| TO | 321276.78 | 73367.11 |
| A LINE FROM | 324818.43 | 70814.04 |
| THROUGH | 324993.50 | 70722.27 |
| TO | 325117.15 | 70883.31 |
| A LINE FROM | 333064.90 | 81503.36 |
| THROUGH | 333168.82 | 81209.91 |
| THROUGH | 333378.02 | 80915.98 |
| THROUGH | 333719.43 | 80752.77 |
| THROUGH | 334061.32 | 80690.57 |
| THROUGH | 334420.93 | 80668.71 |
| THROUGH | 334780.79 | 80697.36 |
| THROUGH | 335324.74 | 80694.87 |
| THROUGH | 335772.51 | 80763.53 |
| THROUGH | 336194.09 | 80862.63 |

| | | |
|---|---|---|
| THROUGH | 336896.51 | 80980.66 |
| THROUGH | 337327.09 | 81130.25 |
| THROUGH | 337696.35 | 81300.31 |
| THROUGH | 338047.46 | 81339.14 |
| THROUGH | 338539.04 | 81397.54 |
| THROUGH | 339083.93 | 81607.24 |
| THROUGH | 339549.41 | 81716.29 |
| THROUGH | 339935.70 | 81775.18 |
| THROUGH | 340348.53 | 81884.47 |
| THROUGH | 340752.50 | 81973.59 |
| THROUGH | 341217.96 | 82082.66 |
| THROUGH | 341613.15 | 82171.83 |
| THROUGH | 342087.16 | 82230.36 |
| THROUGH | 342526.61 | 82410.27 |
| THROUGH | 342992.15 | 82539.57 |
| THROUGH | 343554.02 | 82628.03 |
| THROUGH | 344124.44 | 82665.97 |
| THROUGH | 344633.62 | 82744.58 |
| THROUGH | 345090.33 | 82863.83 |
| THROUGH | 345608.10 | 82902.01 |
| THROUGH | 346011.57 | 82880.08 |
| THROUGH | 346477.09 | 83009.42 |
| THROUGH | 347117.85 | 83087.50 |
| THROUGH | 347715.13 | 83256.70 |
| THROUGH | 348180.05 | 83244.63 |
| THROUGH | 348759.47 | 83343.21 |
| THROUGH | 349479.14 | 83410.91 |
| THROUGH | 349953.03 | 83449.33 |
| THROUGH | 350514.82 | 83527.81 |
| THROUGH | 351102.43 | 83484.96 |
| THROUGH | 351672.90 | 83543.21 |
| THROUGH | 352155.65 | 83601.84 |
| THROUGH | 352726.25 | 83690.42 |
| THROUGH | 353331.77 | 83738.45 |

| | | |
|---|---|---|
| THROUGH | 353946.10 | 83796.56 |
| THROUGH | 354516.48 | 83834.66 |
| THROUGH | 355069.16 | 83832.42 |
| THROUGH | 355771.25 | 83900.31 |
| THROUGH | 356288.91 | 83918.44 |
| THROUGH | 356806.58 | 83936.58 |
| THROUGH | 357359.37 | 83964.69 |
| THROUGH | 357736.51 | 83942.99 |
| THROUGH | 358245.00 | 83860.16 |
| THROUGH | 358771.24 | 83827.79 |
| THROUGH | 359323.76 | 83785.21 |
| THROUGH | 360034.18 | 83742.03 |
| THROUGH | 360569.58 | 83810.66 |
| THROUGH | 361341.53 | 83797.57 |
| THROUGH | 362166.47 | 83875.22 |
| THROUGH | 362885.71 | 83842.16 |
| THROUGH | 363675.39 | 83879.57 |
| THROUGH | 364131.80 | 83938.45 |
| THROUGH | 364509.47 | 84058.25 |
| THROUGH | 364922.01 | 84117.31 |
| THROUGH | 365369.37 | 84105.53 |
| THROUGH | 365939.40 | 84052.89 |
| THROUGH | 366456.94 | 84040.86 |
| THROUGH | 367044.73 | 84048.78 |
| THROUGH | 367588.41 | 83986.16 |
| THROUGH | 368141.19 | 84014.43 |
| THROUGH | 368606.17 | 84022.83 |
| THROUGH | 369237.28 | 83879.10 |
| THROUGH | 369728.32 | 83816.71 |
| THROUGH | 370034.56 | 83593.35 |
| THROUGH | 370420.34 | 83531.35 |
| THROUGH | 370885.00 | 83448.86 |
| THROUGH | 371446.45 | 83446.85 |
| THROUGH | 371999.16 | 83454.98 |

| | | |
|---|---|---|
| THROUGH | 372481.55 | 83422.96 |
| THROUGH | 372972.64 | 83370.71 |
| THROUGH | 373630.59 | 83368.39 |
| THROUGH | 374130.53 | 83336.33 |
| THROUGH | 374534.11 | 83345.02 |
| THROUGH | 375069.34 | 83373.46 |
| THROUGH | 375692.20 | 83371.30 |
| THROUGH | 376314.99 | 83348.95 |
| THROUGH | 376999.09 | 83296.09 |
| THROUGH | 377595.43 | 83233.44 |
| THROUGH | 378306.08 | 83251.23 |
| THROUGH | 378762.13 | 83209.28 |
| THROUGH | 379288.29 | 83146.90 |
| THROUGH | 379919.72 | 83084.17 |
| THROUGH | 380604.06 | 83102.10 |
| THROUGH | 381261.98 | 83089.82 |
| THROUGH | 381919.70 | 83016.94 |
| THROUGH | 382638.87 | 82953.97 |
| THROUGH | 383288.02 | 82941.75 |
| THROUGH | 383910.69 | 82879.13 |
| THROUGH | 384480.86 | 82857.08 |
| THROUGH | 385129.91 | 82814.60 |
| THROUGH | 385840.54 | 82822.43 |
| THROUGH | 386393.38 | 82871.19 |
| THROUGH | 386998.58 | 82828.88 |
| THROUGH | 387621.32 | 82786.52 |
| THROUGH | 388147.40 | 82693.96 |
| THROUGH | 388629.75 | 82641.95 |
| THROUGH | 389191.09 | 82599.81 |
| THROUGH | 389708.53 | 82547.71 |
| THROUGH | 390182.42 | 82596.77 |
| THROUGH | 390901.73 | 82574.37 |
| THROUGH | 391393.04 | 82582.99 |
| THROUGH | 391954.59 | 82611.60 |

| | | |
|---|---|---|
| THROUGH | 392533.59 | 82609.86 |
| THROUGH | 393059.69 | 82517.38 |
| THROUGH | 393550.70 | 82425.00 |
| THROUGH | 394094.65 | 82433.50 |
| THROUGH | 394726.24 | 82411.44 |
| THROUGH | 395217.46 | 82389.80 |
| THROUGH | 395629.90 | 82429.01 |
| THROUGH | 396077.20 | 82387.30 |
| THROUGH | 396349.16 | 82386.52 |
| THROUGH | 396744.02 | 82415.69 |
| THROUGH | 397173.87 | 82404.35 |
| THROUGH | 397516.09 | 82433.68 |
| THROUGH | 398016.32 | 82492.87 |
| THROUGH | 398446.30 | 82532.06 |
| THROUGH | 398893.83 | 82571.21 |
| THROUGH | 399472.64 | 82498.87 |
| THROUGH | 399955.51 | 82628.85 |
| THROUGH | 400394.60 | 82789.26 |
| THROUGH | 400448.04 | 83082.07 |
| THROUGH | 400930.74 | 83151.45 |
| THROUGH | 401264.13 | 83160.63 |
| THROUGH | 401737.85 | 83159.33 |
| THROUGH | 402027.37 | 83168.64 |
| THROUGH | 402299.46 | 83218.41 |
| THROUGH | 402711.92 | 83267.80 |
| THROUGH | 403133.25 | 83357.58 |
| THROUGH | 403501.78 | 83386.90 |
| THROUGH | 403984.25 | 83375.50 |
| THROUGH | 404291.45 | 83435.30 |
| THROUGH | 404695.09 | 83474.63 |
| THROUGH | 405081.54 | 83645.34 |
| THROUGH | 405423.99 | 83765.66 |
| THROUGH | 405801.76 | 83976.81 |
| THROUGH | 406144.39 | 84167.85 |

| | | |
|---|---|---|
| THROUGH | 406530.27 | 84126.44 |
| THROUGH | 406924.90 | 84074.90 |
| THROUGH | 407372.42 | 84124.26 |
| THROUGH | 407811.04 | 84123.13 |
| THROUGH | 408258.70 | 84223.00 |
| THROUGH | 408837.85 | 84292.24 |
| THROUGH | 409522.28 | 84361.22 |
| THROUGH | 409934.81 | 84451.11 |
| THROUGH | 410470.17 | 84550.79 |
| THROUGH | 410996.78 | 84660.60 |
| THROUGH | 411637.61 | 84840.85 |
| THROUGH | 412418.71 | 84990.47 |
| THROUGH | 413068.07 | 85079.81 |
| THROUGH | 413586.09 | 85270.50 |
| THROUGH | 414183.03 | 85450.90 |
| THROUGH | 414849.99 | 85570.54 |
| THROUGH | 415657.42 | 85740.36 |
| THROUGH | 416491.02 | 85849.54 |
| THROUGH | 417324.66 | 85978.93 |
| THROUGH | 418000.45 | 86128.91 |
| THROUGH | 418798.97 | 86248.32 |
| THROUGH | 419597.59 | 86418.26 |
| THROUGH | 420141.58 | 86477.66 |
| THROUGH | 421115.65 | 86657.34 |
| THROUGH | 421861.76 | 86888.05 |
| THROUGH | 422712.94 | 87037.74 |
| THROUGH | 423397.41 | 87167.60 |
| THROUGH | 423967.70 | 87227.00 |
| THROUGH | 424573.05 | 87276.23 |
| THROUGH | 424836.41 | 87376.70 |
| THROUGH | 425003.05 | 87366.25 |
| THROUGH | 425652.12 | 87354.80 |
| THROUGH | 426275.28 | 87535.35 |
| THROUGH | 426696.34 | 87544.59 |

| | | |
|---|---|---|
| THROUGH | 427108.82 | 87654.87 |
| THROUGH | 427617.80 | 87764.96 |
| THROUGH | 427889.90 | 87855.33 |
| THROUGH | 428232.02 | 87874.85 |
| THROUGH | 428609.22 | 87884.20 |
| THROUGH | 428986.33 | 87853.14 |
| THROUGH | 429425.10 | 87953.30 |
| THROUGH | 429933.91 | 87982.61 |
| THROUGH | 430293.61 | 88022.32 |
| THROUGH | 430653.32 | 88062.03 |
| THROUGH | 431057.06 | 88192.57 |
| THROUGH | 431486.95 | 88242.26 |
| THROUGH | 431934.31 | 88251.51 |
| THROUGH | 432329.06 | 88270.97 |
| THROUGH | 432750.24 | 88350.99 |
| THROUGH | 433294.10 | 88370.18 |
| THROUGH | 433759.13 | 88450.14 |
| THROUGH | 434180.17 | 88459.47 |
| THROUGH | 434469.79 | 88549.85 |
| THROUGH | 434882.19 | 88629.92 |
| THROUGH | 435329.59 | 88669.52 |
| THROUGH | 435768.30 | 88749.55 |
| THROUGH | 436119.30 | 88829.73 |
| THROUGH | 436487.85 | 88920.00 |
| THROUGH | 436891.52 | 89030.41 |
| THROUGH | 437312.61 | 89070.08 |
| THROUGH | 437751.30 | 89150.13 |
| THROUGH | 438128.62 | 89240.39 |
| THROUGH | 438602.47 | 89360.80 |
| THROUGH | 439006.13 | 89471.24 |
| THROUGH | 439471.18 | 89581.57 |
| THROUGH | 439865.91 | 89601.11 |
| THROUGH | 440208.02 | 89620.74 |
| THROUGH | 440532.73 | 89731.32 |

| | | |
|---|---|---|
| THROUGH | 440866.22 | 89852.00 |
| THROUGH | 441190.85 | 89912.07 |
| THROUGH | 441559.38 | 90002.39 |
| THROUGH | 441919.07 | 90052.31 |
| THROUGH | 442348.83 | 90041.52 |
| THROUGH | 442787.44 | 90081.23 |
| THROUGH | 443024.36 | 90151.56 |
| THROUGH | 443357.69 | 90171.24 |
| THROUGH | 443691.00 | 90180.82 |
| THROUGH | 444112.06 | 90220.57 |
| THROUGH | 444550.67 | 90260.29 |
| THROUGH | 445006.90 | 90350.51 |
| THROUGH | 445375.32 | 90380.25 |
| THROUGH | 445708.79 | 90500.97 |
| THROUGH | 446147.42 | 90560.92 |
| THROUGH | 446506.95 | 90509.87 |
| THROUGH | 446884.06 | 90489.11 |
| THROUGH | 447164.82 | 90549.31 |
| THROUGH | 447375.35 | 90569.20 |
| THROUGH | 447813.96 | 90619.07 |
| THROUGH | 448331.42 | 90608.22 |
| THROUGH | 448857.71 | 90637.77 |
| THROUGH | 449278.79 | 90697.79 |
| THROUGH | 449734.96 | 90757.76 |
| THROUGH | 450182.35 | 90817.74 |
| THROUGH | 450866.72 | 90998.63 |
| THROUGH | 451454.54 | 91139.26 |
| THROUGH | 452112.64 | 91360.62 |
| THROUGH | 452630.45 | 91622.58 |
| THROUGH | 453095.47 | 91763.39 |
| THROUGH | 453551.80 | 91964.84 |
| THROUGH | 454078.26 | 92145.99 |
| THROUGH | 454683.58 | 92276.55 |
| THROUGH | 455209.95 | 92397.11 |

22

| | | |
|---|---|---|
| THROUGH | 455710.07 | 92568.22 |
| THROUGH | 456096.04 | 92628.36 |
| THROUGH | 456534.65 | 92708.64 |
| THROUGH | 456990.81 | 92799.01 |
| THROUGH | 457385.59 | 92899.55 |
| THROUGH | 457885.64 | 93020.19 |
| THROUGH | 458280.44 | 93140.95 |
| THROUGH | 458675.19 | 93221.31 |
| THROUGH | 458955.89 | 93271.49 |
| THROUGH | 459271.79 | 93422.66 |
| THROUGH | 459675.36 | 93553.53 |
| THROUGH | 460149.07 | 93674.22 |
| THROUGH | 460596.54 | 93855.56 |
| THROUGH | 461070.28 | 93996.47 |
| THROUGH | 461421.21 | 94127.42 |
| THROUGH | 461912.46 | 94248.11 |
| THROUGH | 462377.40 | 94378.95 |
| THROUGH | 462772.12 | 94449.25 |
| THROUGH | 463079.18 | 94570.15 |
| THROUGH | 463210.60 | 94438.69 |
| THROUGH | 463570.26 | 94539.35 |
| THROUGH | 464087.77 | 94629.74 |
| THROUGH | 464631.61 | 94740.32 |
| THROUGH | 465079.00 | 94881.31 |
| THROUGH | 465570.28 | 95062.67 |
| THROUGH | 466131.66 | 95193.46 |
| THROUGH | 466596.60 | 95354.65 |
| THROUGH | 467061.55 | 95525.95 |
| THROUGH | 467552.76 | 95646.73 |
| THROUGH | 468158.10 | 95918.94 |
| THROUGH | 468798.42 | 96090.10 |
| THROUGH | 469307.24 | 96322.01 |
| THROUGH | 469780.91 | 96463.03 |
| THROUGH | 470193.23 | 96664.72 |

| | E. COORD. X | N. COORD. Y |
|---|---|---|
| THROUGH | 470772.13 | 96815.78 |
| THROUGH | 471245.77 | 96946.72 |
| THROUGH | 471833.42 | 97087.68 |
| THROUGH | 472368.41 | 97178.18 |
| THROUGH | 472903.44 | 97319.20 |
| THROUGH | 473263.04 | 97409.84 |
| THROUGH | 473850.70 | 97591.24 |
| THROUGH | 474473.39 | 97712.02 |
| THROUGH | 474911.95 | 97873.34 |
| THROUGH | 475447.00 | 98075.00 |
| THROUGH | 475894.29 | 98185.82 |
| THROUGH | 476402.97 | 98316.81 |
| THROUGH | 476920.39 | 98397.28 |
| THROUGH | 477393.97 | 98498.00 |
| THROUGH | 477806.18 | 98629.07 |
| THROUGH | 478428.87 | 98790.32 |
| THROUGH | 478946.30 | 98921.33 |
| THROUGH | 479411.09 | 99001.88 |
| THROUGH | 479919.72 | 99082.41 |
| THROUGH | 480366.90 | 99041.75 |
| THROUGH | 480893.00 | 99001.06 |
| THROUGH | 481199.70 | 98606.93 |
| THROUGH | 481322.14 | 97990.65 |
| THROUGH | 481479.95 | 97929.96 |
| THROUGH | 481970.97 | 97838.79 |
| THROUGH | 482269.23 | 98070.98 |
| THROUGH | 482400.89 | 98333.57 |
| THROUGH | 482646.54 | 98585.99 |
| THROUGH | 482909.74 | 98868.72 |
| THROUGH | 483111.46 | 98959.54 |
| THROUGH | 483435.89 | 98918.98 |
| THROUGH | 483953.36 | 99191.50 |
| THROUGH | 484391.89 | 99403.44 |
| THROUGH | 485058.36 | 99544.58 |

| | | |
|---|---|---|
| THROUGH | 485488.00 | 99504.00 |
| THROUGH | 485716.07 | 99705.94 |
| THROUGH | 486058.04 | 99715.91 |
| THROUGH | 486408.84 | 99867.30 |
| THROUGH | 486908.66 | 99917.63 |
| THROUGH | 487320.85 | 100109.42 |
| THROUGH | 487820.68 | 100200.16 |
| THROUGH | 488469.63 | 100452.49 |
| THROUGH | 488934.38 | 100543.26 |
| THROUGH | 489407.93 | 100775.46 |
| THROUGH | 489898.99 | 100906.64 |
| THROUGH | 490293.63 | 101159.08 |
| THROUGH | 491003.88 | 101249.81 |
| THROUGH | 491547.53 | 101370.90 |
| THROUGH | 492029.80 | 101481.91 |
| THROUGH | 492617.29 | 101613.11 |
| THROUGH | 493160.94 | 101734.22 |
| THROUGH | 493748.41 | 101825.03 |
| TO | 494142.98 | 101915.88. |

4. The baseline described in Paragraph 3 above shall be fixed as of the date of this decree for the purposes of determining the Submerged Lands Act grant to the State of Alabama and shall from that date no longer be ambulatory.

5. The parties shall bear their own costs of these proceedings.

6. The Court retains jurisdiction to entertain such further proceedings, enter such orders, and issue such writs as from time to time may be deemed necessary or advisable to effectuate and supplement the decree and the rights of the respective parties.